EXHIBT A

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA TAFT, <br><br> Plaintiff, <br><br> v. <br><br> AGRICULTURAL BANK OF CHINA LIMITED, <br><br> Defendant. | Case No. 15-CV-05321 (PAE) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Natasha Taft, and Defendant, Agricultural Bank of China Limited, through the undersigned counsel for the parties, that the above-captioned action be dismissed with prejudice. Plaintiff hereby withdraws her claims and demands against Defendant, her allegations in the Complaints and her lawsuit. The above-captioned action is dismissed without costs or attorneys' fees to either party.

Dated: September 6, 2016
New York, New York

| | |
|---|---|
| **SCHWARTZ & PERRY LLP** | **WHITE & CASE LLP** |
| By: _____ | By: _____ |
| Davida S. Perry (DSP-1879) | Glenn M. Kurtz (GK-6272) |
| Brian Heller (BH-4004) | Kimberly A. Haviv (KH-6198) |
| 295 Madison Avenue | 1155 Avenue of the Americas |
| New York, New York 10017 | New York, NY 10036 |
| (212) 889-6565 | Telephone: 212-819-8200 |
| | Facsimile: 212-354-8113 |
| | gkurtz@whitecase.com |
| | khaviv@whitecase.com |
| *Counsel for Plaintiff Natasha Tafi* | |
| | *Counsel for Defendant* |
| | *Agricultural Bank of China Limited* |