```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2016
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA TAFT,           Plaintiff,<br><br>v.<br><br>AGRICULTURAL BANK OF CHINA LIMITED,           Defendant. | Case No. 15-CV-05321 (PAE) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Natasha Taft, and Defendant, Agricultural Bank of China Limited, through the undersigned counsel for the parties, that the above-captioned action be dismissed with prejudice. Plaintiff hereby withdraws her claims and demands against Defendant, her allegations in the Complaints and her lawsuit. The above-captioned action is dismissed without costs or attorneys' fees to either party.

Dated: September 6, 2016
   New York, New York

SCHWARTZ & PERRY LLP

By: _____
Davida S. Perry (DSP-1879)
Brian Heller (BH-4004)
295 Madison Avenue
New York, New York 10017
(212) 889-6565

*Counsel for Plaintiff Natasha Tafi*

WHITE & CASE LLP

By: _____
Glenn M. Kurtz (GK-6272)
Kimberly A. Haviv (KH-6198)
1155 Avenue of the Americas
New York, NY 10036
Telephone: 212-819-8200
Facsimile: 212-354-8113
gkurtz@whitecase.com
khaviv@whitecase.com

*Counsel for Defendant
Agricultural Bank of China Limited*

So ordered. The above-captioned action is hereby dismissed with prejudice.

**SO ORDERED:** 9/19/16

Paul A. Engelmayer
_____
HON. PAUL A. ENGELMAYER
**UNITED STATES DISTRICT JUDGE**